A99CV76SS

**FILED**
OCT 6 1999
U.S. DISTRICT COURT
CLERK'S OFFICE
By_____ Deputy

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
OCT 1 1999
CHARLES R. FULBRUGE III
CLERK

CASE NO. 99-50632

**PHILLIP W. HYDE; NANCY HYDE**

*Plaintiffs-Appellants*

v.

**ADVANCED ENVIRONMENTAL RECYCLING TECHNOLOGIES, INC.; ET AL**

*Defendants*

**ADVANCED ENVIRONMENTAL RECYCLING TECHNOLOGIES, INC.; BOARD OF DIRECTORS OF AERT, INC.; JOE G. BROOKS, President, Individually and in his Official Capacity; STEPHEN W. BROOKS, Chief Executive Officer, Individually and in hisOfficial Capacity; DR. JAMES CULP, Member, Board of Directors, Individually and in his Official Capacity; MARGE BROOKS, Member Board of Directors, Individually and in her Official Capacity; SAL MIWA, Chair, Board of Directors; JERRY BURKETT, Member, Board of Directors; PETER LAU, Member, Board of Directors; MIKE TULL, Member, Board of Directors, In their Official Capacities,**

*Defendants-Appellees*

## MOTION TO DISMISS APPEAL

TO THE HONORABLE JUDGES OF THIS COURT:

Come now Plaintiffs-Appellants, PHILLIP W. HYDE and NANCY HYDE, and file this their Motion to Dismiss this Appeal, and in support thereof would show the following:



1.  Appellants seek to dismiss this appeal prior to filing of briefs or other motions in this appeal.

2.  Appellants no longer wish to pursue this appeal.

3.  Because no briefs have been filed, costs associated with this appeal have been minimal. Appellants incurred the expense of the filing fee and will bear that cost.

4.  The position of Appellees regarding this appeal is not known, but it is presumed they will not oppose this motion. Appellants will verify Appellees response and notify this Court.

WHEREFORE, Appellants request their Motion to Dismiss be granted.

Dated: September 29, 1999          Respectfully submitted,

*[signature]*

JUDITH A. SANDERS-CASTRO
SBN: 17595255
Les Mendelsohn & Associates, P.C.
1100 Weston Centre
112 East Pecan Street
San Antonio, Texas 78205-1533
(210) 222-2271 [telephone]
(210) 230-8914 [facsimile]
ATTORNEYS FOR
PLAINTIFFS-APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September 1999, a copy of the foregoing Motion to Dismiss was served on the following attorney for Defendants-Appellees by placing the same in the United States first class mail, postage prepaid:

Robert E. Bettac
Christopher J. McKinney
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1500 Nations Bank Plaza
300 Convent Street
San Antonio, TX 78205


_____
Judith A. Sanders-Castro

```
        ----------------
            No. 99-50632
        ----------------
```

PHILLIP N HYDE; NANCY HYDE

        Plaintiffs - Appellants

v.

ADVANCED ENVIRONMENTAL RECYCLING TECHNOLOGIES, INC.; ET AL

        Defendants

ADVANCED ENVIRONMENTAL RECYCLING TECHNOLOGIES, INC.; BOARD OF DIRECTORS OF AERT, INC.; JOE G. BROOKS, President, Individually and in his Official Capacity; STEPHEN W BROOKS, Chief Executive Officer, Individually and in his Official Capacity; JAMES CULP, Dr, Member, Board of Directors, Individually and in his Official Capacity; MARGE BROOKS, Member, Board of Directors, Individually and in her Official Capacity; SAL MIWA, Chair, Board of Directors; JERRY BURKETT, Member, Board of Directors; PETER LAU, Member, Board of Directors; MIKE TULL, Member, Board of Directors, In their Official Capacities

        Defendants - Appellees

## ENTRY OF DISMISSAL

      Pursuant to the foregoing motion of appellant, FED. R. APP. P. 42, and 5TH CIR. R. 42.1, the above referenced appeal was duly entered dismissed this 4th day of October, 1999.

                                        CHARLES R. FULBRUGE III
                                        Clerk of the United States Court
                                        of ~~Appeals for t~~he Fifth Circuit

                                          By: Lisa Conrad, Deputy Clerk

                                          FOR THE COURT - BY DIRECTION

DIS-4

[Stamp: Clerk, U.S. Court of Appeals, Fifth Circuit / By Deputy / New Orleans, Louisiana / OCT 4 1999]